**PRINGLE QUINN ANZANO, P.C.**
701 Seventh Avenue
P.O. Box 420
Belmar, New Jersey 07719
732-280-2400
Attorneys for Plaintiffs Stop & Shop Companies, Inc., *et al.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STOP & SHOP COMPANIES, INC.; OCEAN 35 ACQUISITIONS, LLC; AND CERUZZI HOLDINGS, LLC,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TOWNSHIP OF OCEAN, a municipal corporation; MAYOR & COUNCIL OF THE TOWNSHIP OF OCEAN; AND THE OCEAN TOWNSHIP PLANNING BOARD,<br>　　　　　　　Defendants. | **CIVIL ACTION NO.: 05-3469 (FLW)**<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiffs herein, Stop & Shop Companies, Inc., *et. al.*, hereby dismiss all claims which remain against defendants Township of Ocean and the Mayor and Council of the Township of Ocean without prejudice, with regard to the within action.

Dated: August 11, 2006　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PRINGLE QUINN ANZANO, P.C.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　Stop & Shop Companies, Inc., *et. al.*
　　　　　　　　　　　　　　　　　　　　　By:　Todd Schwartz, Esq.

1

Dated: 7/26/06

_____
Martin J. Arbus, Esq.
Attorney for Defendants Township of Ocean and
the Mayor and Council of the Township of Ocean

C:\Documents and Settings\Todd.PRINGLE\Local Settings\Temporary Internet Files\OLK8\Stipulation of Dismissal Twp Ocean USDC.wpd